IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01973-BNB

RONALD RICHARD KUHN III,

      Plaintiff,

v.

JORDY CONSTRUCTION,

      Defendant.



F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 8 2009

GREGORY C. LANGHAM
CLERK

---

ORDER TO FILE AMENDED COMPLAINT

---

      Plaintiff, Ronald Richard Kuhn III, has filed a ***pro se*** Title VII Complaint.  The

Court must construe liberally Mr. Kuhn's Complaint because he is a ***pro se*** litigant.

***Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935 F.2d 1106, 1110

(10th Cir. 1991).  For the reasons stated below, Mr. Kuhn will be ordered to file an

Amended Complaint.

      Mr. Kuhn failed to submit Page Two of the Title VII Complaint form.  He,

therefore, has failed to allege the discriminatory basis or bases for Defendant's

allegedly unlawful employment practices.  He further does not provide the date on

which he received the right-to-sue letter from the EEOC.  The Court will direct Mr. Kuhn

to amend the Complaint and provide Page Two of the Title VII Complaint form.

      The Complaint also is deficient because it does not comply with the pleading

requirements of Rule 8 of the Federal Rules of Civil Procedure.  The twin purposes of a

complaint are to give the opposing parties fair notice of the basis for the claims against

them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "must contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought." The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1), which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Kuhn has provided nine pages of a single-spaced narrative regarding employment practices that took place while he was employed by Defendant Jordy Construction. Mr. Kuhn's claims are confusing and prolix. Because they are written in cursive, they also are difficult to read. Therefore, the Court finds that the Title VII Complaint fails to comply with the pleading requirements of Rule 8. Mr. Kuhn is instructed to file an Amended Complaint that sets forth his claims on the Court-approved form in a simple and concise manner.

Mr. Kuhn also is advised that to state a claim in federal court his Amended Complaint must explain what a defendant did to him, when the defendant did it, how

Defendant's action harmed him, and what specific legal right the defendant violated. ***Nasious v. Two Unknown B.I.C.E. Agents***, 492  F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that, **within thirty days from the date of this Order**, Mr. Kuhn file an Amended Complaint that complies with this Order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Kuhn, together with a copy of this Order, two copies of the Court-approved Title VII Complaint form.  It is

FURTHER ORDERED that if Mr. Kuhn fails within the time allowed to file an Amended Complaint that complies with this Order the action will be dismissed without further notice.

DATED September 18, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-01973-BNB

Ronald Richard Kuhn II
42 Garrison St.
Lakewood, CO 80226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Title VII Complaint** to the above-named individuals on 9|18|09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk