IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01973-REB-MEH

RONALD RICHARD KUHN, II,

      Plaintiff,

v.

JORDY CONSTRUCTION,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 25, 2010.**

      Plaintiff's Unopposed Motion and Memorandum for Leave to File a Third Amended Complaint [filed January 22, 2010; docket #20] is **granted**. The motion is timely filed, and the Court finds justice so requires giving leave to amend. Accordingly, the Clerk of Court is directed to enter Plaintiff's Third Amended Complaint located at Docket #20-2.