IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-01973-REB-BNB

RONALD RICHARD KUHN, II,

    Plaintiff,

v.

JORDY CONSTRUCTION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#32] filed May 21, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#32] filed May 21, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for November 19, 2010, is **VACATED**;

3. That the jury trial set to commence December 6, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 24, 2010, at Denver, Colorado.

                BY THE COURT:

                *Bob Blackburn*
                Robert E. Blackburn
                United States District Judge